UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Isabel C. Balboa, Esquire
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill 08002-2977

| In Re: | | |
| --- | --- | --- |
| MARGARET A. JACKSON | Case No.: | 18-13223 |
| | Chapter: | 13 |
| Debtor(s) | Judge: | Jerrold N. Poslusny Jr. |

**Order Filed on May 10, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

## INTERIM CONFIRMATION ORDER

The relief set for on the following page is hereby **ORDERED**.

**DATED: May 10, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court finds that interim confirmation of the Chapter 13 Plan is in the best interest of debtor and the parties-in-interest.   Therefore,

IT IS HEREBY ORDEERED as follows:

1.  The Chapter 13 Plan dated 02/20/2018 is approved on an interim basis only.  The plan is subject to final confirmation and further order of the Court.  All of the rights of all parties are reserved until the final confirmation hearing.

2.  The Standing Chapter 13 Trustee is authorized to make distribution, with a percentage fee, on account of the following claims:

    a)  allowed attorneys' fees;

    b)  secured creditors;

    c)  priority creditors, and

    d)  adequate protection payments provided for in the debtor's Chapter 13 plan.

3.  The arrearage claim of the creditor <u>Ditech Financial</u> shall not be paid by the Standing Chapter 13 Trustee, as provided in the plan or as designated in the proof of claim, pending the termination of the Loss Mitigation Period.

4.  The debtor(s) shall make periodic payments until further order of the Court as follows:  <u>$380.00</u> per month, beginning <u>05/01/2018</u>.

5.  A hearing on final confirmation is scheduled for 7/18/2018 at  9:00 am, at the United States Bankruptcy Court, District of New Jersey, 401 Market Street, Camden, NJ 08101.

6.  If the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have five days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 18-13223-JNP
Margaret A. Jackson                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin           Page 1 of 1          Date Rcvd: May 10, 2018
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2018.
db              Margaret A. Jackson,    808 Castleton Dr,   Mickleton, NJ  08056-1268

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                        Signature:  _/s/Joseph Speetjens_

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2018 at the address(es) listed below:
            Aleisha Candace Jennings   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY
             ajennings@rasflaw.com
            Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
            Kevin Gordon McDonald   on behalf of Creditor   Ditech Financial LLC kmcdonald@blankrome.com,
             bkgroup@kmllawgroup.com
            Lee Martin Perlman   on behalf of Debtor Margaret A. Jackson ecf@newjerseybankruptcy.com,
             lmpcourt@gmail.com
            U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 6