UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
(609) 250-0700
dcarlon@kmllawgroup.com
Attorney for Ditech Financial LLC

**Order Filed on August 31, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.:  18-13223-JNP

Judge:  Jerrold N. Poslusny Jr.

Chapter:  13

In Re:

Margaret A. Jackson aka Margaret A. Boyle
                        Debtor

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED.**

**DATED: August 31, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on <u>May 29, 2018</u>:

Property: <u>808 Castleton Drive, Mickleton, NJ 08056</u>

Creditor: <u>Ditech Financial LLC</u>

and a Request for

☐ Extension of the 90 day Loss Mitigation Period having been filed by_____.

☒ Early Termination of the Loss Mitigation Period having been filed by <u>Ditech Financial LLC</u>, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including_____.

The Loss Mitigation Period is terminated, effective <u>August 27, 2018</u>.

United States Bankruptcy Court
District of New Jersey

In re:
Margaret A. Jackson
            Debtor

Case No. 18-13223-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Aug 31, 2018
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2018.
db                Margaret A. Jackson,    808 Castleton Dr,   Mickleton, NJ  08056-1268

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2018 at the address(es) listed below:
          Aleisha Candace Jennings    on behalf of Creditor     DEUTSCHE BANK NATIONAL TRUST COMPANY
          ajennings@rasflaw.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor     Ditech Financial LLC kmcdonald@blankrome.com,
          bkgroup@kmllawgroup.com
          Lee Martin Perlman    on behalf of Debtor Margaret A. Jackson ecf@newjerseybankruptcy.com,
          lmpcourt@gmail.com
          Robert P. Saltzman    on behalf of Creditor     DITECH FINANCIAL LLC dnj@pbslaw.org
          Sherri Jennifer Smith    on behalf of Creditor     Ditech Financial LLC nj.bkecf@fedphe.com,
          nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                           TOTAL: 8