Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−13223−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Margaret A. Jackson
   aka Margaret A. Boyle
   808 Castleton Dr
   Mickleton, NJ 08056−1268

Social Security No.:
   xxx−xx−3634

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on February 20,2018 and a confirmation hearing on such Plan has been scheduled for May 2, 2018.

The debtor filed a Modified Plan on November 14, 2018 and a confirmation hearing on the Modified Plan is scheduled for December 19, 2018 at 9:00. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: November 15, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Margaret A. Jackson  
    Debtor

Case No. 18-13223-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                   Page 1 of 2                   Date Rcvd: Nov 15, 2018
                              Form ID: 186                Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2018.
```
db             Margaret A. Jackson,    808 Castleton Dr,    Mickleton, NJ 08056-1268
aty           +KML Law Group, PC,    216 Haddon Avenue,    Ste 406,    Westmont, NJ 08108-2812
517341109     +Bk Of Amer,    1800 Tapo Canyon Rd,    Simi Valley, CA 93063-6712
517357668     +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Robertson Anschutz & Schneid, P.L.,
                6409 Congress Avenue,    Suite 100,    Boca Raton, FL 33487-2853
517622007     +DITECH Financial, LLC,    Phelan, Hallinan, Diamond & Jones,    400 Fellowship Road, Suite 100,
                Mt. Laurel, NJ 08054-3437
517341123     +Ditech Financial LLC,    Pluese, Becker & Saltzman, LLC,    20000 Horizon Way, Ste 900,
                Mount Laurel, NJ 08054-4318
517388575     +Ditech Financial LLC,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812
517341117     +I C System Inc,    444 Highway 96 East,    P.O. Box 64378,    St. Paul, MN 55164-0378
517341116     +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
517341118     +Kingsgate,    Access Management Group,    1100 Northmeadow Pkwy, Ste 114,
                Roswell, GA 30076-3871
517341119     +Law Offices Pearson & Crass,    PO Box 377,    Woodbury, NJ 08096-7377
517484801      Ocwen Loan Servicing, LLC,    ATTN: Bankruptcy Department,    P.O. Box 24605,
                West Palm Beach, FL 33416-4605
517403818     +Pearson and Crass, P.A.,    c/o Linda J. Yovnello,    41 E. Walnut Avenue,
                Lindenwold, NJ 08021-1634
517341125     +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
517341126     +U Of P Federal Cu,    3900 Chestnut St,    Philadelphia, PA 19104-3120
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2018 23:30:18      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2018 23:30:15      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
lm             E-mail/Text: bankruptcy.bnc@ditech.com Nov 15 2018 23:29:39      DITECH,    PO Box 6172,
                Rapid City, SD 57709-6172
cr            +E-mail/Text: bankruptcy.bnc@ditech.com Nov 15 2018 23:29:39      DITECH FINANCIAL LLC,
                PO Box 6154,    Rapid City, SD 57709-6154
517389507     +E-mail/Text: bankruptcy@consumerportfolio.com Nov 15 2018 23:30:32
                CONSUMER PORTFOLIO SERVICES,    P.O BOX 57071,    IRVINE, CA 92619-7071
517341111     +E-mail/Text: bankruptcy@consumerportfolio.com Nov 15 2018 23:30:33      Consumer Portfolio Svc,
                Attn: Bankruptcy,    Po Box 57071,    Irvine, CA 92619-7071
517351619      E-mail/Text: mrdiscen@discover.com Nov 15 2018 23:29:12      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517341112     +E-mail/Text: mrdiscen@discover.com Nov 15 2018 23:29:12      Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
517341113     +E-mail/Text: bankruptcy.bnc@ditech.com Nov 15 2018 23:29:39      Ditech,    Attn: Bankruptcy,
                Po Box 6172,    Rapid City, SD 57709-6172
517374576      E-mail/Text: bankruptcy.bnc@ditech.com Nov 15 2018 23:29:39
                Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
517341114     +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 23:38:34      GE Capital,    PO Box 960061,
                Orlando, FL 32896-0061
517341115      E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 23:38:34      Ge Capital Retail Bank,
                PO Box 965033,    Orlando, FL 32896-5033
517341120     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 15 2018 23:30:14      Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
517341121     +Fax: 407-737-5634 Nov 16 2018 00:11:43      Ocwen Loan Servicing Llc,    Attn: Research Dept,
                1661 Worthington Rd   Ste 100,    West Palm Beach, FL 33409-6493
517341124      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2018 23:50:29
                Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
517367017      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2018 23:40:01
                Portfolio Recovery Associates, LLC,    c/o Sam’s Club,    POB 41067,    Norfolk VA 23541
517343519     +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 23:39:46      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517341127     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 15 2018 23:29:03
                Verizon,    Attn: Wireless Bankrupty Admin,    500 Technology Dr Ste 500,
                Weldon Springs, MO 63304-2225
517468010     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2018 23:40:12      Verizon,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 19
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*           +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Robertson Anschutz & Schneid, P.L.,
                6409 Congress Avenue,    Suite 100,    Boca Raton, FL 33487-2853
517341110*    +Bk Of Amer,    1800 Tapo Canyon Rd,    Simi Valley, CA 93063-6712
517341122*    +Ocwen Loan Servicing Llc,    Attn: Research Dept,    1661 Worthington Rd   Ste 100,
                West Palm Beach, FL 33409-6493
                                                                                   TOTALS: 0, * 3, ## 0
```

```
District/off: 0312-1          User: admin               Page 2 of 2              Date Rcvd: Nov 15, 2018
                              Form ID: 186              Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2018 at the address(es) listed below:

```
          Aleisha Candace Jennings    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
           ajennings@rasflaw.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@blankrome.com,
           bkgroup@kmllawgroup.com
          Lee Martin Perlman    on behalf of Debtor Margaret A. Jackson ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
          Robert P. Saltzman    on behalf of Creditor    DITECH FINANCIAL LLC dnj@pbslaw.org
          Sherri Jennifer Smith    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9
```