UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                            Case No.: 18-13223-JNP
                                                    Chapter: 7

Margaret A. Jackson                   Judge: Jerrold N. Poslusny Jr.

### NOTICE OF PROPOSED ABANDONMENT

DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on May 14, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$300,000.00  808 Castleton Drive Mickleton, NJ  08056

Liens on property:

$54,254.00  Bank of America

$571,465.00  Ditech

$5,000.00  Kingsgate

Amount of Equity claimed as exempt:

$1.00

Objections must be served on, and requests for additional information directed to:

Name: Douglas S. Stanger

Address: 646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No. (609) 645-1881

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                       Case No. 18-13223-JNP
Margaret A. Jackson                                                          Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin              Page 1 of 2             Date Rcvd: Apr 04, 2019
                               Form ID: pdf905          Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2019.
db             Margaret A. Jackson,    808 Castleton Dr,    Mickleton, NJ 08056-1268
aty           +KML Law Group, PC,    216 Haddon Avenue,    Ste 406,    Westmont, NJ 08108-2812
518138504     +Anchor Insurance Agency,    PO Box 215,    Rio Grande, NJ 08242-0215
517341109     +Bk Of Amer,    1800 Tapo Canyon Rd,    Simi Valley, CA 93063-6712
518138506     +Christina LaBeaume,    101 Inskip Ave,    Ocean Grove, NJ 07756-1065
517357668     +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Robertson Anschutz & Schneid, P.L.,
                6409 Congress Avenue,    Suite 100,    Boca Raton, FL 33487-2853
517622007     +DITECH Financial, LLC,    Phelan, Hallinan, Diamond & Jones,    400 Fellowship Road, Suite 100,
                Mt. Laurel, NJ 08054-3437
517341123     +Ditech Financial LLC,    Pluese, Becker & Saltzman, LLC,    20000 Horizon Way, Ste 900,
                Mount Laurel, NJ 08054-4318
517388575     +Ditech Financial LLC,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812
517341117     +I C System Inc,    444 Highway 96 East,    P.O. Box 64378,    St. Paul, MN 55164-0378
517341116     +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
517341118     +Kingsgate,    Access Management Group,    1100 Northmeadow Pkwy, Ste 114,
                Roswell, GA 30076-3871
517341119     +Law Offices Pearson & Crass,    PO Box 377,    Woodbury, NJ 08096-7377
518138507     +Lower Township,    2900 Bayshore Road,    Villas, NJ 08251-1200
518138508     +Lower Township MUA,    2900 Bayshore Road,    Villas, NJ 08251-1200
518138509     +Naturalawn of America,    Attn: Accounts Receivable,    PO Box 397,
                Montgomeryville, PA 18936-0397
517484801      Ocwen Loan Servicing, LLC,    ATTN: Bankruptcy Department,    P.O. Box 24605,
                West Palm Beach, FL 33416-4605
517403818     +Pearson and Crass, P.A.,    c/o Linda J. Yovnello,    41 E. Walnut Avenue,
                Lindenwold, NJ 08021-1634
518138510     +South Jersey Gas,    Attn: Ms. Fleming,    PO Box 577,    Hammonton, NJ 08037-0577
517341125     +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
517341126     +U Of P Federal Cu,    3900 Chestnut St,    Philadelphia, PA 19104-3120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 05 2019 00:16:25      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2019 00:16:21      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
lm             E-mail/Text: bankruptcy.bnc@ditech.com Apr 05 2019 00:15:49      DITECH,    PO Box 6172,
                Rapid City, SD 57709-6172
cr            +E-mail/Text: bankruptcy.bnc@ditech.com Apr 05 2019 00:15:49      DITECH FINANCIAL LLC,
                PO Box 6154,    Rapid City, SD 57709-6154
518138505      E-mail/Text: bankruptcy@pepcoholdings.com Apr 05 2019 00:15:47      Atlantic City Electric,
                P.O. Box 4875,    Trenton, NJ 08650
518138512     +E-mail/Text: bky@americanprofit.net Apr 05 2019 00:16:50      American Profit Recovery,
                34505 W 12 Mile Road, Ste 333,    Farmington, MI 48331-3288
517389507     +E-mail/Text: bankruptcy@consumerportfolio.com Apr 05 2019 00:16:35
                CONSUMER PORTFOLIO SERVICES,    P.O BOX 57071,    IRVINE, CA 92619-7071
517341111     +E-mail/Text: bankruptcy@consumerportfolio.com Apr 05 2019 00:16:35      Consumer Portfolio Svc,
                Attn: Bankruptcy,    Po Box 57071,    Irvine, CA 92619-7071
517351619      E-mail/Text: mrdiscen@discover.com Apr 05 2019 00:15:12      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517341112     +E-mail/Text: mrdiscen@discover.com Apr 05 2019 00:15:12      Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
517341113     +E-mail/Text: bankruptcy.bnc@ditech.com Apr 05 2019 00:15:49      Ditech,    Attn: Bankruptcy,
                Po Box 6172,    Rapid City, SD 57709-6172
517374576      E-mail/Text: bankruptcy.bnc@ditech.com Apr 05 2019 00:15:49
                Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
517341114     +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2019 00:23:31      GE Capital,    PO Box 960061,
                Orlando, FL 32896-0061
517341115     +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2019 00:22:46      Ge Capital Retail Bank,
                PO Box 965033,    Orlando, FL 32896-5033
517341120     +E-mail/Text: bankruptcydpt@mcmcg.com Apr 05 2019 00:16:20      Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
517341121     +Fax: 407-737-5634 Apr 05 2019 01:16:45      Ocwen Loan Servicing Llc,    Attn: Research Dept,
                1661 Worthington Rd    Ste 100,    West Palm Beach, FL 33409-6493
517341124      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 05 2019 00:34:42
                Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
517367017      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 05 2019 00:23:43
                Portfolio Recovery Associates, LLC,    c/o Sam’s Club,    POB 41067,    Norfolk VA 23541
517343519     +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2019 00:22:08      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518138511     +E-mail/Text: bankruptcydepartment@tsico.com Apr 05 2019 00:17:06      Transworld Systems Inc,
                Po Box 15520,    Wilmington, DE 19850-5520
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Apr 04, 2019
                              Form ID: pdf905          Total Noticed: 43

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517341127       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 05 2019 00:15:00
                  Verizon,   Attn: Wireless Bankrupty Admin,   500 Technology Dr Ste 500,
                  Weldon Springs, MO 63304-2225
517468010       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 05 2019 00:22:26      Verizon,
                  by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +DEUTSCHE BANK NATIONAL TRUST COMPANY,   Robertson Anschutz & Schneid, P.L.,
                  6409 Congress Avenue,   Suite 100,   Boca Raton, FL 33487-2853
518139141*      ++ALANTIC CITY ELECTRIC,   BANKRUPTCY DEPARTMENT MAIL STOP 84CP42,   5 COLLINS DRIVE SUITE 2133,
                  CARNEYS POINT NJ 08069-3600
                  (address filed with court: Atlantic City Electric,   P.O. Box 4875,   Trenton, NJ 08650)
518139148*      +American Profit Recovery,   34505 W 12 Mile Road, Ste 333,   Farmington, MI 48331-3288
518139140*      +Anchor Insurance Agency,   PO Box 215,   Rio Grande, NJ 08242-0215
517341110*      +Bk Of Amer,   1800 Tapo Canyon Rd,   Simi Valley, CA 93063-6712
518139142*      +Christina LaBeaume,   101 Inskip Ave,   Ocean Grove, NJ 07756-1065
518139143*      +Lower Township,   2900 Bayshore Road,   Villas, NJ 08251-1200
518139144*      +Lower Township MUA,   2900 Bayshore Road,   Villas, NJ 08251-1200
518139145*      +Naturalawn of America,   Attn: Accounts Receivable,   PO Box 397,
                  Montgomeryville, PA 18936-0397
517341122*      +Ocwen Loan Servicing Llc,   Attn: Research Dept,   1661 Worthington Rd  Ste 100,
                  West Palm Beach, FL 33409-6493
518139146*      +South Jersey Gas,   Attn: Ms. Fleming,   PO Box 577,   Hammonton, NJ 08037-0577
518139147*      +Transworld Systems Inc,   Po Box 15520,   Wilmington, DE 19850-5520
                                                                                  TOTALS: 0, * 12, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
               dss@trustesolutions.net
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Lee Martin Perlman    on behalf of Debtor Margaret A. Jackson ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Robert P. Saltzman    on behalf of Creditor    DITECH FINANCIAL LLC dnj@pbslaw.org
              Sherri Jennifer Smith    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```